The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RSUI INDEMNITY COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION ONE, LLC, a Washington limited liability company; and BERG EQUIPMENT & SCAFFOLDING CO., INC., a Washington corporation, <br><br> Defendants. | NO. C08-1386RSL <br><br> DECLARATION OF TEENA M. KILLIAN IN SUPPORT OF VISION ONE'S MOTION TO PRECLUDE COLLATERAL ATTACK ON SUPERIOR COURT'S REASONABLENESS DETERMINATION |

I, Teena M. Killian, say:

1. I am an attorney with Williams, Kastner & Gibbs and am counsel for Vision One, LLC, and Berg Equipment & Scaffolding Co., Inc.

2. Attached hereto as **Exhibit A** is a true and correct copy of Daniel Mullin's April 24, 2007 letter to Don Frye.

The foregoing statement is made under penalty of perjury under the laws of the State of Washington and is true and correct.

DECLARATION OF TEENA M. KILLIAN IN SUPPORT OF VISION ONE'S MOTION TO PRECLUDE COLLATERAL ATTACK ON SUPERIOR COURT'S REASONABLENESS DETERMINATION - 1 (C08-1386RSL)

2588182.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1     Signed at Seattle, Washington, this 13th day of August, 2009.

2                                     /s/Teena M. Killian, WSBA #15805
Attorneys for Defendant Vision One, LLC
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: tkillian@williamskastner.com

DECLARATION OF TEENA M. KILLIAN IN SUPPORT OF VISION ONE'S MOTION TO PRECLUDE COLLATERAL ATTACK ON SUPERIOR COURT'S REASONABLENESS DETERMINATION - 2 (C08-1386RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2588182.1

# EXHIBIT A



# Mullin
# LawGroup
PLLC

DANIEL F. MULLIN
dmullin@mullinlawgroup.com

April 24, 2007

Don Frye
RSUI Group, Inc.
945 East Paces Ferry Road, Suite 1800
Atlanta, GA 30326-1125

Re: *Vision One v. Berg, et al*
Claimant: *D&D, Inc. and Philadelphia Indemnity*
Insured: *Berg Equipment & Scaffolding, Inc.*
Date of Loss: *10/01/05*
RSUI Claim No.: *7030010394*

Dear Mr. Frye:

We were quite perplexed at receiving your April 18th email. As you know, I immediately wrote you back and asked you to send a copy of the letter you were referring to so we could respond. Attached is a copy of my email dated April 18, 2007 in response to yours. We have not heard a word from you. I dug through our file and located a June 5, 2006 letter from Mr. Senterfeit. This letter makes no mention of a need for any additional information. RSUI has been kept in the loop on this case, and you have also been involved in developing strategic decisions through the progress of the litigation. As defense counsel, I will not get involved in coverage matters between Berg and RSUI, but I do question the propriety of sending this email. If there is specific information that you would like from me in terms of defense of the underlying case, please let me know. If there are coverage issues you wish to address, those should be referred directly to Mr. Berg.

In the interim, we will keep you apprised of the developments in this litigation and assume that RSUI will be doing the right thing.

Very truly yours,

MULLIN LAW GROUP PLLC

Daniel F. Mullin

Enclosures
cc: Randy Berg
    Stacy Baratti (Claim No. C114571)

RSUI 001784

315 Fifth Avenue South • Suite 1000 • Seattle, Washington 98104
T: 206-957-7007 F: 206-957-7008 • www.mullinlawgroup.com

Killian Declaration
Page 4