UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RSUI INDEMNITY COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION ONE, LLC, *et al.*, <br><br> Defendants. | Case No.  C08-1386RSL <br><br> ORDER FOR *IN CAMERA* REVIEW |

This matter comes before the Court on Plaintiff RSUI Indemnity Company, Inc's ("RSUI") and Mullin Law Group's ("Mullin") "Agreed Motion, Stipulation and Proposed Order for in Camera Review or, in the Alternative, for Expedited Briefing Schedule" (Dkt. # 102). RSUI and Mullin request that the Court conduct an *in camera* review of certain emails between Mullin and Admiral Insurance ("Admiral"), Defendant Berg Equipment & Scaffolding Co., Inc.'s ("Berg") primary insurer, that Mullin withheld from production in response to a subpoena from RSUI.  In the alternative, RSUI and Mullin request an expedited briefing schedule for RSUI's renewed motion to compel and Mullin's renewed motion for protective order.

The Court has previously determined that communications between Mullin and Berg's insurers regarding the underlying litigation are relevant to the claims presented in this case.

ORDER FOR IN CAMERA REVIEW - 1

Order (Dkt. # 84) at 2-3.  Without providing much detail about the withheld emails, Mullin asserts that these documents are protected by the attorney-client privilege and the work-product doctrine.  Agreed Motion (Dkt. # 102) at 3-4.  RSUI contends that the emails between Mullin and Admiral, are not privileged and even if they are, Berg has waived the privilege by sharing documents related to the same subject matter.  Id. at 1-2.

Resolution of this discovery dispute requires an *in camera* review of all documents relating to communications between Mullin and Admiral concerning the underlying litigation, listed on the privilege log produced by Mullin.  See Agreed Motion, Ex. A (Dkt. # 102-2).  The Court GRANTS the agreed motion (Dkt. # 102).  Mullin shall produce these documents to the chambers of the undersigned within 10 days of the date of this Order, for *in camera* review.

DATED this 28th day of November, 2012.

_____
Robert S. Lasnik
United States District Judge

ORDER FOR IN CAMERA REVIEW - 2